PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

**FILED**
MAY 15 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY
1:25 CR 230 RP

U.S.A. vs. Nicholas Keith Bonneville                Docket No. 1:25-00136M

## Petition for Action on Conditions of Pretrial Release

COMES NOW  Edwin Kidd , pretrial services/probation officer, presenting an official report upon the conduct of defendant  Nicholas Keith Bonneville , who was placed under pretrial release supervision by the Honorable Mark Lane, sitting in the court at Austin, Texas on the 28 date of February, 2025 under the following conditions:

> See Appearance Bond and Order Setting Conditions of Release dated February 28, 2025.
>
> Condition #7(m): Not use or unlawfully posses a narcotic drug or other controlled substance defined in 21 U.S.C & 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On February 13, 2025, the defendant submitted a positive baseline specimen for cannabinoids. Thereafter, the defendant submitted positive specimens for cannabinoids on March 27, 2025, April 17, 2025, and May 2, 2025, to which the defendant denied use of illicit substances. The defendant reports the positive results are due to ingesting large amounts of THC gummies prior to his initial appearance on February 13, 2025.
>
> As a course of action, Pretrial Services has requested confirmation of the specimen submitted on May 2, 2025. Confirmations have been received regarding the other specimens noted. Upon obtaining confirmation of all submitted specimens, Pretrial Services will request a letter of interpretation to determine levels of use. This information will be provided to the Court immediately upon receipt for action.
>
> AUSA Dan Guess has been notified about the recent violations and concurs with the recommendation of Pretrial Services.
>
> The defendant is scheduled for Plea Hearing on May 15, 2025.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the defendant's arrest and be brought before this court to show cause as to why this bond should not be revoked

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 05/15/2025



PS 8
(Rev. 12/04)

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 15TH day of May, 2025 and ordered filed and made a part of the records in the above case. | *edwin kidd* |
| | U.S. Pretrial Services Officer    Phone Number    +1 (512) 969-1580 |
| _____ | *Amanda R. Crawley* |
| U.S. District Judge/Magistrate Judge | Supervisory U.S. Pretrial Services Officer    Phone Number    +1 (210) 818-7861 |
| | Place    U.S. Pretrial Services<br>501 W. 5th Street, Suite 3200<br>Austin, Texas 78701 |