FILED
May 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____sec_____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | A-25-CR-230 |
| | § | |
| NICHOLAS KEITH BONNEVILLE, | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Government's Petition for Action on Conditions of Pretrial Release (the "Petition) (Dkt. 23). The Petition was initially approved and the Defendant was arrested on May 15, 2025 and remanded into the custody of the United States Marshal's Service (USMS). A hearing was held on May 27, 2025 to discuss the issues raised in the Petition.

At the hearing, the Defendant pled true to the charges set out in the Petition. For the reasons stated at the conclusion of the hearing, the Petition is **DENIED.**

The Defendant is **ORDERED** to be released from the custody of the USMS. The Defendant is released subject to the conditions of release set on February 28, 2025. (Dkt. 17).

SIGNED May 27, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE