AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Nicholas Keith Bonneville | ) ) ) ) ) ) ) | Case No.　1:25-cr-230-RP |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*　Nicholas Keith Bonneville                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ❏ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ☑ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

  (1) The defendant must not violate federal, state or local law while on release.

Date:　09/08/2025

*Issuing officer's signature*

City and state:　Austin, Texas

Honorable Mark Lane, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*　9/11/25　, and the person was arrested on *(date)*　9/11/25
at *(city and state)*　AUSTIN, TX　.

Date:　9/11/25

*Arresting officer's signature*

C. McWhinney   DUSM
*Printed name and title*